**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1583**

---

KURTIS ALLEN CLIFFORD,

Plaintiff - Appellant,

versus

EDWARD BOZZELLA; GAIL BOZZELLA; RICHARD T. COLARESIA; ANNE ARUNDEL COUNTY CIRCUIT COURT SYSTEM,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-98-777-L)

---

Submitted: July 14, 1998          Decided: August 5, 1998

---

Before ERVIN, WILKINS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kurtis Allen Clifford, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action concerning the custody of his son. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Clifford v. Bozzella</u>, No. CA-98-777-L (D. Md. Apr. 1, 1998). We also deny Clifford's motion to expedite as moot, and we deny his motion for emergency injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>